Amanda U. Levy
P.O. Box 5471
Beverly Hills, CA 90209
Phone (310) 853-9135
amandaulevy@gmail.com

August 13, 2013

Google, Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043
Phone 650 253 0000
Attention: Larry Page, CEO

In the United States Northern District of California at San Francisco

| | |
|---|---|
| Amanda U. Levy | }Judge: |
| Plaintiff | }Magistrate Judge: |
| Vs. | }No: CV 13 3838 |
| Google, Inc. | }COMPLAINT-Rule 8 |
| Defendant | }Breach of Contract/Defamation/Retaliation/Bullying/Retaliation |
| | }Diversity: Amount Sought: $10,000,000.00 |

1). Rule 8(a) sets out the plaintiff's requirements for a claim: a "short and plain statement" of <u>jurisdiction</u>, a "short and plain statement" of the claim, and a demand for judgment. It also allows relief in the alternative, so the plaintiff does not have to pre-guess the remedy most likely to be accepted by the court.

I). **STATEMENT OF CLAIM**

1). On or before September 30, 2011, Plaintiff (Nigerian-American) alleges that she established a blogspot with Defendant (Italian, Indian, Jewish, Irish, Swiss American) at http://www.amandauche21.blogspot.com/ (Marriage Made in Heaven or Hell). Plaintiff alleges that she promoted more than ten thousand ads for Defendant. Plaintiff alleges that Defendant owes her more than $100,000.00. Some ads paid up to $100 a click while others paid $10 a click. Plaintiff alleges that she accumulated more than 100,000 clicks. Plaintiff alleges that Defendant owes her commissions. Plaintiff alleges that Defendant bullied her, defamed her and retaliated against her on several web sites. Plaintiff alleges that Defendant was negligent. Both a personal injury claim and a negligence claim entail a duty, a breach of that duty, proximate cause and an injury. She was an independent contractor. She signed an independent contract with Defendant online. However, they

Complaint-Rule 8

1

breached. What's more, Defendant caused her severe economic hardship and homeless. She's still homeless. She owes more than $30,000 in student loans, credit cards and hospital bills. Please expedite this case, Your Honor It does not belong in the Appeal's court. It was dismissed without prejudice for failure to prosecute. Given that postal workers tampered with my mail, I did not receive them. Oakland advised me to send them to San Francisco. And I did. However, San Francisco did not notify me via email or U.S. mail. I inquired about it. They said that they did not receive it. I sent it more than five times. Oakland returned it twice. Plaintiff alleges that she reported Defendant to EEOC in Los Angeles. However, they said they would not charge Defendant because of independent contract. Thank you, Your Honor.

### III). PERSONAL JURISDICTION

1). Plaintiff alleges that this court has personal jurisdiction. See Milliken v. Meyer.

### IV). FEDERAL LAWS PROHIBIT DISCRIMINATION

Title VII of the Civil Rights Act of 1964 (Title VII), which prohibits employment discrimination based on race, color, religion, sex, or national origin;

Title I and Title V of the Americans with Disabilities Act of 1990, as amended (ADA), which prohibit employment discrimination against qualified individuals with disabilities in the private sector, and in state and local governments;

The Civil Rights Act of 1991, which, among other things, provides monetary damages in cases of intentional employment discrimination.

### V). PRAYER FOR RELIEF

Plaintiff would like to be compensated for breach of contract, bullying, defamation, negligence, humiliation, emotional distress, discrimination, assault, battery based upon national origin for ten million dollars. Most of all, Plaintiff would like to resume blogging after she receives her money. She enjoys playing Cupid. Hence, Plaintiff has been further injured by loss of her reputation. These acts were malicious and oppressive, justifying an additional award of punitive damages so that Defendant will not engage in such conduct in the future and make an example of her. For such other and further relief as the court may deem just and proper. Thank you, Your Honor.

s/Amanda U. Levy
Amanda U. Levy

Enclosures: Cover Sheet, IFP, Magistrate Judge's Consent Form and Summons.

2

Complaint-Rule 8