IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA U LEVY,<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE INC,<br><br>          Defendant. | No. C -13-03838 EDL<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case, filed on August 19, 2013, to the Honorable Judge Donna M. Ryu to consider whether this case is related to Levy v. Google, Inc., C-13-2076 DMR.  In both cases, Plaintiff has alleged claims against Defendant for employment discrimination as well as for violations of state law arising from Plaintiff's operation of a blog.  Plaintiff shall file any response in opposition to or in support of relating the cases within seven (7) calendar days of the date of this Order.

**IT IS SO ORDERED.**

Dated: August 23, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge